■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES HORTON. (B) THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS ALVAREZ.— [In each action] Enlargement of time granted. Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. JEROME SWANSON. (B) THE PEOPLE OF THE STATE OF NEW YORK v. EDWIN KENNEDY. (C) THE PEOPLE OF THE STATE OF NEW YORK v. SALVATORE PANICO.— [In each action] Motion for an enlargement of time granted insofar as to extend the appellant's time within which to perfect his appeal to the January 1963 Term of this court. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. DONALD KAHIGAS. (B) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM MOORE.—[In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.